IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NAIOMIE V. FERNANDEZ, <br> Plaintiff <br> v. <br> CAROLYN W. COLVIN, <br> Acting Commissioner of the <br> Social Security Administration, <br> Defendant | : <br> **FILED** <br> AUG - 7 2015 <br> MICHAEL E. KUNZ, Clerk <br> By _____ Dep. Clerk | CIVIL ACTION <br><br><br> NO. 14-5465 |

## ORDER

**AND NOW**, this 7th day of August, 2015, after review of the Report and Recommendation of Carol Sandra Moore Wells, Chief United States Magistrate Judge, it is hereby **ORDERED** that:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**; and

2. This case is **REMANDED** to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), so that the Administrative Law Judge can reconsider the weight she afforded the opinions of treating sources Geraldine Mayor, M.D., Mariellen Cressman, MSW, and Elizabeth Bonilla, MA contained in Exhibits 6F, (R. 273-74), 12F, (R. 300-07), and 15F, (R. 366-73), of the administrative record.

BY THE COURT:

_____
GERALD A. MCHUGH, J.